UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH M. LARCOM, | CASE NO. 2:26-cv-1051-JNW |
| Plaintiff, | ORDER GRANTING IFP APPLICATION |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Court finds that Plaintiff Sarah Larcom financially qualifies for in forma pauperis (IFP) status under 28 U.S.C. § 1915 based on her demonstrated inability to afford the filing fee. Thus, the Court GRANTS Plaintiff's in forma pauperis application, Dkt. No. 1, and ORDERS:

1. The Supplemental Social Security Rules of the Federal Rules of Civil Procedure provide that because Plaintiff has electronically filed a complaint seeking review under 42 U.S.C. § 405(g), Plaintiff need not serve a summons and a complaint, or file notice of service. The Clerk must notify Defendant this action has commenced by transmitting a Notice of Electronic Filing to the Social Security

ORDER GRANTING IFP APPLICATION - 1

Administration's Office of General Counsel and to the United States Attorney for the Western District of Washington.

2. Defendant must file a certified copy of the Administrative Record and any affirmative defenses within 60 days of the date of this order.

Dated this 30th day of April, 2026.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING IFP APPLICATION - 2