IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SARAH M. LARCOM,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:26-cv-01051-JNW<br><br>ORDER |

Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. On remand, the Commissioner will further consider the claimant's maximum residual functional capacity during the entire period at issue and provide rationale with specific references to evidence of record in support of the assessed limitations and, in so doing, further evaluate the medical source opinions and prior administrative medical findings pursuant to the provisions of 20 C.F.R. § 416.920c; and take further action to complete the administrative record resolving the above issues, offer the claimant the opportunity for a hearing, and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 21st day of September, 2026.

UNITED STATES DISTRICT JUDGE

Presented by:

s/ Sarah Moum

Sarah Moum
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (206) 615-2936
Email: sarah.moum@ssa.gov